IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HELEN BURTON                                                                                            PLAINTIFF

VS.                                            CASE NO. 1:11-CV-1074

CENTRAL ARKANSAS
DEVELOPMENT COUNCIL                                                                   DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of Defendant Central Arkansas Development Council. (ECF No. 16). Plaintiff has filed a response (ECF No. 19), and Defendant has filed a reply. (ECF No. 22). The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that summary judgment in favor of CADC is appropriate as to Plaintiff's age discrimination and retaliation claims. Accordingly, the Motion for Summary Judgment (ECF No. 16) should be and hereby is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, on this 19th day of February, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge